UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

VICTORIA D J NUNEZ et al.,           :

                    Plaintiffs,     :

                                :          24-CV-2600 (JMF)

      -v-                   :

                                :          ORDER

T-FORCE FREIGHT INC. et al.,      :

                    Defendants.  :

                                :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Defendant T-Force Freight Inc. ("T-Force") was required to answer the Complaint by September 24, 2024, *see* ECF No. 35, but has not done so to date. As a courtesy, Defendant T-Force's deadline is hereby EXTENDED, *nunc pro tunc*, to **October 7, 2024**. The Court will invite Plaintiff to move for default judgment against Defendant T-Force if the latter fails to appear and answer the Complaint by that deadline.

        Plaintiff is directed to serve a copy of this Order on Defendant T-Force, and to file proof of such service by **October 3, 2024**.

        SO ORDERED.

Dated: October 1, 2024
       New York, New York                         JESSE M. FURMAN
                                     United States District Judge