WWW.GVLAW.COM

# GALLO VITUCCI KLAR
LLP

Sherri A. Jayson
Manhattan Office
sjayson@gvlaw.com
646.998.1958

October 7, 2024

Hon. Jesse M. Furman
District Court of the State of New York
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Nunez v. T-Force Freight, Inc. et al
             Case No.: 24-cv-02600

Dear Judge Furman:

    We represent Defendants T-Force Freight, Inc. and Herbert Williams i/s/h/a "John Doe" in this action. In accord with the Court Order dated October 1, 2024 (ECF Doc. No. 36), I filed the Answer to the Amended Complaint. However, as I was out of the office from October 2-6, I was unable to speak with T-Force Freight, Inc. in order to ascertain some of the requisite information in order to complete the Rule 7.1 Statement. As such, I respectfully request permission to October 14, 2024 to file same. Plaintiffs' counsel consents to this request.

Very truly yours,

Sherri A. Jayson

**Application GRANTED. The Clerk of Court is directed to terminate ECF No. 38.**
                                    **SO ORDERED.**

October 8, 2024

**Manhattan** 90 Broad Street, 12th Floor, New York, NY 10004 • **New Jersey** 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
**Westchester** One Bridge Street, Suite 140, Irvington, NY 10533 • **Long Island** 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 90 BROAD STREET, 12TH FLOOR, NEW YORK, NY 10004 • 212.683.7100