USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTORINO D J NUNEZ, ALICIA LORA DE FERNANDEZ and JENNIFER PIMENTEL,

                          **Plaintiffs,**                  24-CV-02600 (SN)

       -against-                                    **ORDER**

T-FORCE FREIGHT INC. and "JOHN DOE,"

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 15, 2024, the Honorable Jesse M. Furman referred this matter to my docket for all purposes based on the consent of the parties. See 28 U.S.C. § 636(c). Pursuant to the current schedule, fact discovery closes on November 1, 2024, and expert discovery closes on December 18, 2024. The parties are ordered to file a joint status letter no later than one week from today providing the Court an update on the status of discovery, whether the parties have had settlement talks or wish to schedule a settlement conference at this time, and whether any party intends to file a motion for summary judgment.

**SO ORDERED.**

                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:      New York, New York
                 October 16, 2024